36114.   MOORE *v*. THE STATE.

DECIDED MARCH 14, 1956.

W. J. Patterson, Jr., for plaintiff in error.

H. T. O'Neal, Jr., Solicitor, William K. Buffington, Assistant Solicitor, contra.

GARDNER, P. J.   The State failed to identify the tracks as those of the defendant.   See Patton v. State, 117 *Ga.* 230 (43 S. E. 533)

and *Cummings* v. *State,* 110 *Ga.* 293 (35 S. E. 117). In our opinion the evidence, wholly circumstantial, did not negative every reasonable hypothesis save that of the guilt of the accused. See *Corbin* v. *State,* 84 *Ga. App.* 763 (67 S. E. 2d 478). See also *Wilson* v. *State,* 32 *Ga. App.* 427 (123 S. E. 623); *Kinsey* v. *State,* 40 *Ga. App.* 707 (151 S. E. 394) and *Ralston* v. *State,* 66 *Ga. App.* 62 (17 S. E. 2d 81).

The trial court erred in overruling the motion for a new trial. *Judgment reversed. Townsend and Carlisle, JJ., concur.*